Same case below, 390 Fed. Appx. 224.

---

**No. 10-8156. Clarence Ward, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1515, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1630.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

---

**No. 10-8157. Jose Vasquez, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1515, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1607.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

---

**No. 10-8161. Tyjuan Townsend, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1515, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1521.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 618 F.3d 915.

---

**No. 10-8162. Ismalius J. White, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1515, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1646.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 486.

---

**No. 10-8165. Fabian Lechuga-Esparza, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1516, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1554.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 49.

---

**No. 10-8169. Alejandro Juarez-Gonzalez, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1516, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1620.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 397 Fed. Appx. 547.

---

**No. 10-8175. Steven Jean-Pierre, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1517, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1638.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

---

**No. 10-8176. Carl L. Linyard, Petitioner v. United States.**

562 U.S. 1237, 131 S. Ct. 1517, 179 L. Ed. 2d 337, 2011 U.S. LEXIS 1565.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 935.